## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGES  :  No. 349 Common Pleas Judicial
OF THE COURT OF COMMON PLEAS  :  Classification Docket
OF THE FIFTH JUDICIAL DISTRICT OF  :
PENNSYLVANIA  :
  :

## **O R D E R**

**PER CURIAM:**

AND NOW, this 24th day of January, 2018, upon consideration of the Petition of Jeffrey A. Manning, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the reassignment of Judges to a division of the court, it is hereby ORDERED that the Petition is granted and the following reassignments are approved:

From Family Division to Civil Division

Hon. Donald R. Walko, Jr.

From Criminal Division to Civil Division

Hon. Philip A. Ignelzi

From Civil Division to Family Division

Hon. Michael F. Marmo

From Family Division to Criminal Division

Hon. Mark V. Tranquilli